Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-392**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** We're Ready

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** April 11, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102303

