Exhibit 3

# 007 Daily Hub Store

4/6/26, 10:23 AM HAWTDuck Hunting Metal Tin SignSome Boy Are Just Born With Duck Hunting In Their Souls Retro Iron Painting For Home Hotel …

SHEIN

dresses

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Living Jewelry & Accessories Beauty & Health Baby & Maternity Bags & Luggage Sport

Home / Home & Living / Home Decor / Home Decor Accents & Accessories / Metal Sign & Tin Painting / HAWTDuck Hunting Metal Tin SignSome Boy Are Just Born With Duck Hunting In Their Souls Retro Iron Painting For H...






Local HAWTDuck Hunting Metal Tin SignSome Boy Are Just Born With Duck Hunting In Their Souls Retro Iron Painting For Home Hotel Bar Cafe Outdoor Wall Decoration 8x12 Inch

SKU: sh251124521623371652

$22.93 ~~$27.96~~ -18%

$21.93 Price after applying coupons : -5% capped at $1.00

*Price may vary at checkout based on all items purchased

$2.00 OFF For orders $40.00+ | Limited Time Price Drop

Free Shipping & QuickShip

This item is eligible for QuickShip

ADD TO CART

Earn up to 22 SHEIN Points calculated at checkout.

**Shipping to** Atlanta, GEORGIA, United States

**Free Shipping**
QuickShip Est. Delivery: Apr 13 - Apr 14, 97.08% are ≤ 4 business days

**30-Day Free Returns**

**Shopping Security**
✓ Safe Payments ✓ Privacy Protection

Marketplace **Sold by Daily Hub Store**
Ships from Daily Hub Store US Warehouse
To report this seller and/or product

**Description**

Size:8X12 inches(20cmx30cm) Material: Thickened Aluminum, Not Easy to Bend. They're Fade-Resistant and Incredibly Lightweight. Hunting Theme Design Signs:Perfect Decoration for Your Home Kitchen,Shop,Restaurant or Bar. Ea...More

| | |
|---|---|
| Festivals: | Christmas |
| Color: | DuckHunting |
| SKU: | sh251124521623371652 |

**About Store**

Daily Hub Store 3P Seller
4.72 Rating | 64K Items | 151 Followers

All Items | + Follow

4/6/26, 10:24 AM Women's & Men's Clothing, Shop Online Fashion | SHEIN

SHEIN Secure Checkout

✓ Free shipping · Free return · $5 Credits if Late · No Hidden Fees

Cart > Place Order > Pay > Order Complete

## Shipping Address

Change >

Oo Oo [redacted]
111 W Jackson Blvd
Chicago ILLINOIS United States 60604-3589 Default Address

Edit Address

## Ship from Daily Hub Store(1) QuickShip



$21.93 ~~$27.96~~
Local
Price Drop
1

STANDARD SHIPPING: Free Shipping & QuickShip
Delivery: Apr 13 - Apr 14, 97.08% are ≤ 4 business days

## Payment Method

PayPal

Credit/Debit Card

Apple Pay

Cash App Pay (Pay Now)

Venmo
Extra $10 off orders $100+. Max 10,000 rewards. Ends 4/17/26. T&Cs apply
Get $10.00 off your purchase of $100.00+

## Order Summary

| | |
|---|---|
| Retail Price: 1 Items | $27.96 |
| Shipping Fee: | ~~$3.99~~ FREE |
| On-Time Delivery: | FREE |
| Promotions | -$5.03 |
| Coupon(s) | -$1.00 |
| Sales Tax: | $2.25 |
| **Order Total:** | **$24.18** |

Reward 21

SHEIN CLUB
Cost $0.04 pe
Quarterly(Ship...
3X S
Co
Membership Mar
$2.99 $9.99
By continuing, you agre

Coupon Code

Gift Card
0000 0000 0000
Link this card t

By placing this order
Privacy Policy.

# VA 2-476-392



# ORDER DETAILS

back

Order NO.
**GSU1XK229002W3Q** Copy

Date
**APR 14 2026**

Exchange Cancel Track

**Daily Hub Store**

Delivery | **Apr 22-23**
6-7 Business Days.97.08% are ≤ 4 business days

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
| HAWTDuck Hunting Metal Tin SignSome Boy Are Just Born With Duck Hunting In Their Souls Retro Iron Painting For Home Hotel Bar Cafe Outdoor Wall Decoration 8x12 Inch<br>DuckHunting<br>Local Free Shipping | 1 | SKU: sh251124521623371652 | $24.77 ~~$27.96~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$27.96~~ |
| Subtotal: | $22.93 |
| Shipping Fee: | FREE ~~$3.99~~ |
| On-Time Delivery Service: | $0.00 |
| Discount:<br>(Coupon Code:xvbrr20twgzsd) | -$0.46 |
| Sales Tax: | $2.30 |
| **Total** | **$24.77** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: Daily Hub Store
Business Address: Unit 108, 7/F, Block B, New Mandarin Centre, 14 Science Road, Tsim Sha Tsui, Kowloon, Hong Kong, China
Business Email Address: wangyujiexiaohu@gmail.com
The above information is provided by the seller and the English may be automatically translated.
SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.