**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ralph J. McDonald
Plaintiff,
v.
Daily Hub Store, et al.
Defendant.

Case No.: 1:26−cv−11995
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to Judge LaShonda A. Hunt. All attorneys and self−represented ("pro se") parties are required to review the case procedures posted on the Court's webpage, including the requirement to set motions for in−person presentment on at least 3 business days' notice and propose an agreed briefing schedule for opposed motions. Filings that do not comply with the Local Rules or Judge Hunt's case procedures may be summarily stricken. In light of Plaintiff's amended complaint [12], the Clerk's Office is directed, forthwith, to update the caption to reflect that the Defendant in this case is " Daily Hub Store". By 12/4/26, Plaintiff is ordered to file a status report proposing next steps in this case, if no other appropriate relief has been sought by that date. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.